IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELRAMON TOLLIFERREO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 08-cv-2493** |
| | : | |
| **RAYMOND J. SOBINA, Warden,** *et al.* | : | |

## ORDER

**AND NOW**, this 27th day of May, 2009, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge Linda K. Caracappa and the petitioner's objections to the Report and Recommendation, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Caracappa is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.